FILED
CHARLOTTE, NC
JAN 28 2020
US DIST...
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH APPLE ID **MAXX3644@ICLOUD.COM** THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 3:20-mj-33<br><br>**Filed Under Seal** |

# ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Apple, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the attached Search Warrant) of the existence of the attached Search Warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached Search Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple, Inc. shall not disclose the existence of the attached Search Warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Apple, Inc. may disclose the attached Search Warrant to an attorney for Apple, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

1/28/20
Date

Honorable David C. Keesler
United States Magistrate Judge